UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:12-60088-CR-ZLOCH

UNITED STATES OF AMERICA
          Plaintiff,

vs.

QUELYORY A. RIGAL,
          Defendant,
_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO REQUEST THE COURT APPOINTED SERVICES OF AN APPEALS SPECIALIST

COMES NOW, the Defendant, Quelyory A. Rigal, by and through undersigned counsel, and hereby moves this Honorable Court to authorize Mr. Nicolas Recoba to withdraw as counsel of record on the present action and as grounds for this request, the defendant states the following:

1) On, January, 29th, 2013, Ms. Quelyory Rigal retained Mr. Recoba as her attorney on the present matter.

2) Mr. Recoba represented Ms. Rigal during the trial on the present case.

3) On, April, 24th, 2013, a guilty verdict against Ms. Rigal was pronounced by the Jury.

4) On, October, 16th, this Honorable Court pronounced the sententencing.

5) On, October, 18th, 2013, Mr. Recoba filed a Notice of Appeal on behalf of Ms. Rigal.

6) The notice of appeal indicated that Ms. Rigal was discharging Mr. Recoba as counsel of record.

7) Ms. Rigal is presently being held under the custody of the BOP.

8) Ms. Rigal is without any financial resources to pay for the cost of her appeal.

WHEREFORE, Quelyory A. Rigal , respectfully requests that this Honorable Court grant this MOTION TO WITHDRAW AS COUNSEL OF RECORD  AND TO REQUEST THECOURT APPOINTED SERVICES OF AN APPEALS SPECIALIST

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of October, 2013, the foregoing was sent via CM/ECF  to all counsel of record.

/S/ *Nicolas  Recoba, Esq.*
Nicolas Recoba, Esquire
Attorney for Defendant
Florida Bar No.: 0089663

6303 Blue Lagoon Dr. Suite 400
Miami, Florida 33126
Telephone: (786) 554-1613
Facsimile:   (786) 523-0610
Email: info@nicolasrecoba.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-60088- CR-ZLOCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

QUELYORY A. RIGAL
    Defendant.

_____/

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO REQUEST THECOURT APPOINTED SERVICES OF AN APPEALS SPECIALIST

THIS CAUSE having before this Honorable Court on the Defendant's MOTION TO WITHDRAW AS COUNSEL OF RECORD AND TO REQUEST THE COURT APPOINTED SERVICES OF AN APPEALS SPECIALIST and the Court being fully advised, it is hereby,

ORDERED AND ADJUDGED that the motion is GRANTED. The Court hereby orders that Mr. Recoba is authorized to withdraw as attorney of record for Ms. Rigal on the present case. Also, that the Court will furnish Ms. Rigal with the services of an appeals specialist without cost to Ms.

DONE AND ORDERED in Chambers at the United States District Courthouse in Miami, Florida on this _____ day _____, 2013.

_____
WILLIAM J. ZLOCH
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record